UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-11546-GAO

RUOEY LUNG ENTERPRISE CORP.,
Plaintiff,

v.

SIX VICTOR LTD.,
Defendant.

ORDER
March 30, 2012

O'TOOLE, D.J.

Ruoey Lung's Motion (dkt. no. 17) to Join OKO Universal and for Leave to Amend Complaint is GRANTED. The present case, unlike docket number 09-11550-GAO, is still in its early stages, and the present motion is therefore brought timely here while it was untimely there.

Tempur-Pedic's Motion (dkt. no. 13) for a Protective Order and Six Victor's Motion (dkt. no. 14) to Stay are GRANTED to the extent that discovery is stayed pending resolution of the motion for reconsideration in docket number 09-11550-GAO.

Six Victor's Motion (dkt. no. 26) for Leave to File a Reply is GRANTED NUNC PRO TUNC. I have considered the proposed reply brief in deciding the present motions.

Ruoey Lung's Motion (dkt. no. 30) to Compel is DENIED in light of the stay.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge